# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. MOORE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C/O HEISEY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:08-cv-00860-SMS PC<br><br>ORDER REQUIRING DEFENDANT TO NOTIFY COURT WITHIN FIFTEEN DAYS IF HE IS INTERESTED IN PARTICIPATING IN A SETTLEMENT CONFERENCE<br><br>(Docs. 39 and 40) |

　　　　Plaintiff Steve C. Moore, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2008. This action is proceeding against Defendant Heisey on Plaintiff's Eighth Amendment excessive force claim, and is currently set for jury trial on February 7, 2011. Based on two notices filed by Plaintiff, it appears the parties began to discuss participation in mediation or a settlement conference in the spring, but no conference occurred. (Docs. 39, 40.) If the parties believe that this case may be amenable to resolution pre-trial, the Court will accommodate them by setting a settlement conference.

　　　　Defendant shall notify the Court within **fifteen (15) days** whether he is interested in a settlement conference.

IT IS SO ORDERED.

**Dated:   November 19, 2010**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1