# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. MOORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C/O HEISEY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:08-cv-00860-SMS PC<br><br>ORDER CONFIRMING JURY TRIAL, DISCHARGING ORDER TO SHOW CAUSE, REQUIRING DEFENDANT TO FILE PRETRIAL STATEMENT, AND DENYING REQUEST FOR ATTENDANCE OF INMATE MICHAEL MOPPIN<br><br>(Docs. 42 and 45) |

On January 10, 2011, at 10:30 a.m., a telephonic trial confirmation hearing was held in this action. **This matter is hereby confirmed for jury trial on February 7, 2011, at 9:00 a.m. before the undersigned. The order to show cause filed on November 19, 2010, is discharged** and Plaintiff's pretrial statement is accepted. **Defendant shall file his pretrial statement on or before January 14, 2011,** and the pretrial order will be issued thereafter. In separate orders issued concurrently with this order, the Court directed the production of Plaintiff for trial and set further deadlines for the submission of pretrial motions and documents.

**Plaintiff's request for the attendance of inmate Michael Moppin, set forth in his pretrial statement, is denied** given Plaintiff's failure to comply with the requirements set forth in the second scheduling order, but the videotape of Mr. Moppin's statement will be made available by Defendant for Plaintiff's use during trial.

IT IS SO ORDERED.

Dated:　　January 10, 2011　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE