# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. MOORE,<br><br>          Plaintiff,<br><br>     v.<br><br>C/O HEISEY,<br><br>          Defendant.<br>_____/ | CASE NO. 1:08-cv-00860-SMS PC<br><br>ORDER VACATING JURY TRIAL SET FOR FEBRUARY 7, 2011, AND VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF STEVE C. MOORE, K-28074, FOR TRIAL<br><br>(Doc. 49)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON CDCR TRANSPORTATION, AND OUT-TO-COURT DESK AND LITIGATION OFFICE AT CSP-CENTINELA<br><br>Status Report Deadline: March 21, 2011 |

This matter is set for jury trial on February 7, 2011, at 9:00 a.m. in Courtroom 7, and a Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff for jury trial was filed on January 11, 2011. The parties in this matter have agreed to settle the case. Therefore, the Court will vacate jury trial and the transportation writ. Defendant's counsel shall coordinate the paperwork necessary to effect settlement and shall file the resulting stipulation to dismiss this action as soon as practicable. Defendant shall file a status report on March 21, 2011, unless the parties' stipulation to dismiss this action is filed with the Court prior to that date.

Accordingly, it is HEREBY ORDERED that:

1.     The jury trial set for February 7, 2011, at 9:00 a.m. in Courtroom 7 is VACATED;

1      2.      The Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff Steve C. Moore, K-28074, for jury trial, filed on January 11, 2011, is VACATED;

    3.      The Clerk's Office shall serve a courtesy copy of this order on the CDCR Transportation Unit in Sacramento, the Out-to-Court Desk at CSP-Centinela, and the Litigation Office at CSP-Centinela; and

    4.      Defendant shall file a status report in accordance with the above on March 21, 2011, unless the notice of voluntarily dismissal is filed prior to that date.

IT IS SO ORDERED.

**Dated:   January 21, 2011**            /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE