# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O HEISEY,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:08-cv-00860-SKO PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PARTIES' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. 59) |

　　　Plaintiff Steve C. Moore, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2008. This action is proceeding against Defendant Heisey on Plaintiff's Eighth Amendment excessive force claim and it was scheduled for jury trial on February 7, 2011. The trial date was vacated on January 21, 2011, due to the parties' notice of their agreement to settle the case.

　　　On April 4, 2011, the parties filed a stipulation to dismiss this action, with prejudice. Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this action pursuant to the parties' notice of voluntary dismissal with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

**Dated:　　April 5, 2011　　　　　　　　　/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE